

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

1426 Wisconsin L.L.C.
_____
Plaintiff

vs.

The Travelers Indemnity Company of America
_____
Defendant

Case Number  14-0007412

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Michael J. Chamowitz
_____
Name of Plaintiff's Attorney

118 N. Alfred St.
_____
Address

Alexandria, VA 22314
_____

703-549-0110
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오      (Amharic) (202) 879-4828

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011


EXHIBIT A

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| 1426 Wisconsin L.L.C.<br>a District of Columbia<br>limited liability company<br>209 Pennsylvania Ave., NW<br>Washington, DC 20003<br><br>    Plaintiff,<br><br>v.<br><br>The Travelers Indemnity Company of<br>America<br>One Tower Square<br>Hartford, Connecticut 06183<br><br>    SERVE: Corporation Service<br>    Company, its Registered Agent<br>    1090 Vermont Ave., NW, Suite 430<br>    Washington, D.C 20005<br><br>    Defendant. | : : : : : : : : : : : : : : : : : : : : | RECEIVED<br>Civil Clerk's Office<br>NOV 19 2014<br>Superior Court of the<br>District of Columbia<br>Washington, D.C.<br><br>Case No. **14-0007412** |

## COMPLAINT

**(Breach of Contract)**

### INTRODUCTION

1. Jurisdiction of this Court is founded upon D.C. Code § 11-921 and § 13-423.

2. All of the actions alleged against Defendant are based upon a breach of contract of insurance for real property with improvements thereon located in the District of Columbia.

3. The Plaintiff is a District of Columbia limited liability company with its principal place of business located at 9109 Lucky Estates Drive, Vienna Virginia 22182. Plaintiff is the fee simple owner of real property with improvements thereon ("Plaintiff's Building") located at 1426-28 Wisconsin Avenue, Washington, DC 20007 ("Plaintiff's Property"). During all times

germane to this action, Plaintiff has operated a real estate leasing and investment business in Washington, DC.

4. Defendant The Travelers Indemnity Company of America ("Travelers") is a foreign corporation authorized to do business within the District of Columbia.

5. At all pertinent periods of time referred to in this Complaint, Plaintiff was the holder of and the named insured under a Deluxe Businessowners commercial and property insurance ("BuildingPac") policy upon information and belief underwritten by The Travelers Insurance Company of America and known as Policy # I-680-931-8C826-TIA-11 issued 11-29-10, as amended and endorsed (the "Insurance Policy").

6. On or about November 24, 2011, Plaintiff suffered damages to Plaintiff's Property arising out of and in connection with the partial collapse of the structure erected on the property of the adjoining landowner located at 1424 Wisconsin Ave. Washington, D.C. 20007 (the "1424 Collapse"). As a result of the 1424 Collapse, Plaintiff's masonry retaining wall was destroyed, Plaintiff's fire escape and stairs were severely damaged, Plaintiff's Building suffered structural and cosmetic damages, Plaintiff's hardscape was disturbed, and Plaintiff suffered substantial monetary damages in the form of architectural and engineering fees, lost rental income, utility costs, repair, replacement and reconstruction costs, and other expenses associated therewith.

7. Many of the damages suffered by the Plaintiff are covered damages under the Plaintiff's Insurance Policy.

8. Plaintiff and its Independent Adjuster contacted the Defendant and requested payment for its damages covered under the Insurance Policy.

9. Defendant improperly adjusted the claim, rejecting most of Plaintiff's claims and sent to Plaintiff a check in the approximate amount of Fifteen Thousand and no/xx Dollars ($15,000.00) ("the check"). Such amount was rejected by Plaintiff as insufficient to cover Plaintiff's claims for Building damages, Business Income and Extra Expense, and Loss of Rents and such other coverages as were contracted for by Plaintiff in its Insurance Policy. Upon information and belief, the check was returned to the Defendant by Plaintiff's Independent Adjuster. Notwithstanding, upon information and belief, Defendant asserted a subrogation claim and obtained money from Erie Insurance Company, the commercial liability and property insurer of the adjoining landowner, and executed a release of its subrogation claims against Erie without the consent or knowledge of the Plaintiff.

10. Plaintiff suffered monetary damages as a result of the 1424 Collapse in the amount of One Hundred Seventy Thousand and no/xx Dollars ($170,000.00) in repair and restoration costs, including costs incurred for architectural and engineering fees and governmental expenses associated with Plaintiff's work, plus One Hundred Forty Eight Thousand Three Hundred Ninety One and 68/xx Dollars ($148,391.68) in lost rental income.

11. Despite demand, Defendant has failed to pay the amounts due and payable to Plaintiff under the Plaintiff's Insurance Policy with Defendant.

WHEREFORE, Plaintiff 1426 Wisconsin LLC prays for entry of an order of judgment against the Defendant, The Travelers Indemnity Company of America in the amount of Three Hundred Eighteen Thousand Three Hundred Ninety One and 68/xx Dollars ($318,391.68) together with interest thereon from November 24, 2011 at the judgment rate plus reasonable attorney fees and such other relief as the court deems appropriate.

## JURY DEMAND

The Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

1426 Wisconsin L.L.C.

*[signature]*

Michael J. Chamowitz, DC BAR #379950
Chamowitz & Chamowitz, P.C.
118 North Alfred Street
Alexandria, Virginia 22314
(703) 548-0110 - Telephone
(703) 836-8857 – Facsimile
mchamowitz@chamlaw.com

Dated: November 19, 2014