## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**1426 WISCONSIN L.L.C.,**

      **Plaintiff,**

      **v.**

**TRAVELERS INDEMNITY COMPANY OF AMERICA,**

      **Defendant.**

**Civil Action No. 14-2141 (JDB)**

## ORDER

Upon consideration of [6] defendant's motion to dismiss or, alternatively, for summary judgment, the parties' memoranda, the applicable law, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [6] defendant's motion for summary judgment is **GRANTED**.

**SO ORDERED**.

_____
/s/
JOHN D. BATES
United States District Judge

Dated: <u>June 26, 2015</u>